## MILLER AND M'EWEN *against* GREGORY.

*ad*
*ila-*
*ble*
*is*
not

THE *capias ad respondendum* was, by mistake, made
returnable on Sunday the 15th May, 1825 ; and, for this
reason, Sunday being out of term, or rather after the last
return day.

*J. Platt* moved to set it aside, and cited *Bunn* v. *Thomas*
(2 John. Rep. 190 ;) *Cramer* v. *Van Alstyne*, (9 id. 386 ;
and 6 Mod. 251, 252, per Holt, C. J. in *Davy* v. *Salter*.

*T. J. Oakley*, contra, read an affidavit that the *capias*
was not bailable ; and contended that this took the case out
of the rule which made mesne process void because more than
a term intervenes between the test and return, viz. the danger
of a protracted imprisonment ; and he moved to amend : but,

*Per Curiam.* This makes no difference. We cannot
look to see whether a long return may or may not work a
long imprisonment. The form of the *capias* is the only
thing in question. It is fully settled that mesne process
against the body, returnable out of term, is void, and can-
not be amended. The motion must be granted on the de-
fendant's stipulating not to bring fa se imprisonment.

Rule accordingly.